IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE WILD SWAN, a non-profit organization, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>DAN VERMILLION, in his official capacity as Chairman of the Montana Fish, Wildlife and Parks Commission *et al.*,<br><br>State-Defendants,<br><br>MONTANA TRAPPERS ASSOCIATION, et al.<br>Defendant-Intervenors. | ) | 13-CV-66-M-DLC<br><br>JOINT MOTION TO STAY PROCEEDINGS |

Plaintiffs and State-Defendants (the Parties), by and through undersigned counsel, hereby submit this joint motion to stay all proceedings and deadlines in this matter, including the January 4, 2016 deadline for Plaintiffs' motion for attorneys' fees and costs (Doc. 81), pending the issuance of a final mandate from the U.S. Court of Appeals for the Ninth Circuit resolving Defendant-Interventors' (the trappers') appeal (Doc. 82). In support of this joint motion, the Parties state as follows:

1. On September 30, 2015, this Court issued an order approving the Parties'

joint motion to extend the time for filing a motion for attorneys' fees and costs in this matter in order to accommodate settlement negotiations. *See* Doc. 81. Pursuant to the order, Plaintiffs have until January 4, 2016 to file a motion for attorneys' fees and costs in this matter. *Id*.

2. On October 21, 2015, the trappers appealed this Court's September 22, 2015 order (Doc. 79) granting Plaintiffs' motion to dismiss pursuant to the stipulated agreement to the U.S. Court of Appeals for the Ninth Circuit. *See* Doc. 82. The trappers' appeal likely renders Plaintiffs' motion for attorneys' fees and costs (and any negotiations regarding attorneys' fees and costs) premature. Staying these proceedings pending resolution of the trappers' appeal is therefore appropriate.

3. Counsel for Plaintiffs emailed counsel for the trappers regarding this joint motion on November 2, 2015 but was unable to get a response to their position.

WHEREFORE, the Parties respectfully request this Court issue an order staying all proceedings and deadlines in this matter pending the issuance of a final mandate from the Ninth Circuit resolving the trappers' appeal.

Respectfully submitted this 4th day of November, 2015.

/s/ Matthew K. Bishop
Matthew K. Bishop
Western Environmental Law Center

103 Reeder's Alley
Helena, MT 59601
(406) 324-8011 (tel.)
(406) 443-6305 (fax)
bishop@westernlaw.org

/s/ Sarah K. McMillan
Sarah K. McMillan
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895 (tel.)
smcmillan@wildearthguardians.org

/s/ Melissa A. Hailey
Melissa A. Hailey, *admitted pro hac vice*
Antonio Bates Bernard P.C.
3200 Cherry Creek Drive South, Suite 380
Denver, CO 80209
(303) 733-3500 (tel.)
mhailey@abblaw.com

/s/ Rebecca Docketer
Rebecca Dockter
Chief Legal Counsel
Montana Department of Fish, Wildlife & Parks
P.O. Box 200701
(406) 444-4047
rdockter@mt.gov

/s/ Aimee Fausser
Aimee Fausser
Agency Legal Counsel
Montana Department of Fish, Wildlife & Parks
P.O. Box 200701
(406) 444-4045
afausser@mt.gov

*Counsel for State-Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2015, I filed a copy of this document electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Matthew K. Bishop
Matthew K. Bishop