
| | |
|---|---|
| FRIENDS OF THE WILD SWAN, a non-profit organization, WILDEARTH GUARDIANS, a non-profit organization, and ALLIANCE FOR THE WILD ROCKIES, a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>DAN VERMILLION, in his official capacity as Chairman of the Montana Fish, Wildlife, and Parks Commission, et al.,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, TOBY LEWIS WALRATH, and WILLIAM JAMES KATS,<br><br>Defendant-Intervenors. | CV 13–66–M–DLC<br><br>ORDER |

The Parties, having reached and filed a stipulation concerning fees and costs in this matter and the Court, having reviewed the terms and conditions of the

stipulation,

IT IS ORDERED that the Court hereby APPROVES the stipulation (Doc. 98). The terms and conditions of the Parties' stipulation concerning fees and costs are hereby incorporated into this ORDER.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The Clerk of Court is instructed to close this case.

DATED this 4th day of January, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court